UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| SUSAN JOHNSON, Individually and on Behalf of her Minor Son, B.L., and on behalf of the Estate of DERRICK THOMPSON,<br><br>    Plaintiff,<br><br>        v.<br><br>CITY OF BIDDEFORD, *et al*.,<br><br>    Defendants. | CIVIL NO.:  2:17-cv-00264-JDL |

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST THE MAINE
DEPARTMENT OF PUBLIC SAFETY AND COMMISSIONER JOHN E. MORRIS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to the dismissal of all claims against defendants Maine Department of Public Safety and Commissioner John E. Morris, with prejudice and without costs.

<table>
<tr><td>DATED:  August 17, 2018</td><td>Respectfully submitted,</td></tr>
</table>

| | |
|---|---|
| /s/ Christopher C. Taub | /s/ Douglas I. Louison |
| CHRISTOPHER C. TAUB | DOUGLAS I. LOUISON |
| Assistant Attorney General | Louison, Costello, Condon & Pfaff, LLP |
| Six State House Station | 101 Summer Street, 4th Floor |
| Augusta, Maine  04333-0006 | Boston, MA  02110 |
| Tel.  (207) 626-8800 | (617) 439-0305 |
| Christopher.C.Taub@maine.gov | dlouison@lccplaw.com |
| | |
| Counsel for Defendants Maine Department of Public Safety and Commissioner John E. Morris | Counsel for Defendants City of Biddeford, Biddeford Police Department, Roger P. Beaupre, Edward Dexter and Jacob Wolterbeck |

/c/ Kristine C. Hanly
KRISTINE C. HANLY
Hanly Law
217 Commercial Street, Suite 2015
(207) 699-2278
Kristine@HanleyLaw.com

Counsel for Plaintiff Susan Johnson,
individually and on behalf of her minor son,
B.L., and on behalf of Derrick Thompson,
deceased

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 17th day of August, 2018, I sent the above document by

electronic mail to the following:

KRISTINE C. HANLY
kristine@hanlylaw.com

DOUGLAS I. LOUISON
dlouison@lccplaw.com

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB