UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Civil Action No. 17-cv-00264-JDL

SUSAN JOHNSON, individually and on behalf of her minor son B.L., and on behalf of DERRICK THOMPSON, deceased,
   Plaintiff

v.

CITY OF BIDDEFORD, BIDDEFORD POLICE DEPARTMENT, a Municipal Corporation organized and existing under the laws of the State of Maine; MAINE DEPARTMENT OF PUBLIC SAFETY, a state agency organized under the laws of the State of Maine; JOHN E. MORRIS, individually and as the Commissioner of the Maine Department of Public Safety; ROGER BEAUPRE, individually and as Chief of Biddeford Police Department; EDWARD DEXTER, individually and as an employee of the Biddeford Police Department; JACOB WOLTERBEEK, individually and as an employee of the Biddeford Police Department and JANE DOE,
   Defendants

**DEFENDANTS, CITY OF BIDDEFORD, BIDDEFORD POLICE DEPARTMENT, ROGER BEAUPRE, EDWARD DEXTER, AND JACOB WOLTERBEEK'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendants the City of Biddeford, Roger Beaupre, Edward Dexter, and Jacob Wolterbeek, ("Defendants"), pursuant to Federal Rules of Civil Procedure Rule 56, who hereby move this Honorable Court for summary judgment on all claims made against them in the Plaintiff's Complaint in the matter of *Susan Johnson v. Biddeford Police Dept.*, et al. 2:17-cv-00264-JDL ("Johnson Complaint") and all claims made against them in the Plaintiff's Complaint in the consolidated matter of *Jocelyne Welch v. City of New Bedford,* et al. 2:18-cv-00160-JDL ("Welch Complaint").

If the Court so finds that judgment as a matter of law on all claims or Defendants is improper, the Defendants respectfully request judgment on those claims and parties as the Court sees fit. The Defendants submit a memorandum of law herewith.

                                                          Respectfully submitted,
Defendants, City of Biddeford, Biddeford Police Department, Roger P. Beaupre, Edward Dexter and Jacob Wolterbeek,
By their attorney,

   /s/ Douglas I. Louison
Douglas I. Louison (BBO# 008288)
dlouison@lccplaw.com
Joseph A. Padolsky (BBO# 006251)
jpadolsky@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street, 4th Floor
Boston, MA 02110
(617) 439-0305

Dated: June 19, 2019

**CERTIFICATE OF SERVICE**

  I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

                                                */s/ Douglas I. Louison*
                                                Douglas I. Louison

Dated: June 19, 2019

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

      Undersigned counsel hereby certifies pursuant to Local Rule 7.1(A)(2) that counsel conferred in good faith with counsel for the plaintiff in an effort to resolve and/or narrow the issues related to the above captioned motion.

                                                */s/ Douglas I. Louison*
                                                Douglas I. Louison

Dated: June 19, 2019